JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIANGHONG HAO and WEIYU XU, | No. C 07-5593 MJJ |
| Plaintiffs, | |
| v. | ANSWER |
| MICHAEL CHERTOFF, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center; PETER D. KEISLER, Acting Attorney General, U.S. Department of Justice; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations, | |
| Defendants. | |

The Defendants hereby submit their answer to Plaintiffs' Complaint for Mandamus and Injunctive Relief.

**I. INTRODUCTION**

1. Paragraph One consists of Plaintiffs' characterizations of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

ANSWER
C07-5593 MJJ                                                   1

## II. JURISDICTION

2. Paragraph Two consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Two.

3. Paragraph Three consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required.

## III. VENUE

4. Paragraph Four consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required.

## IV. PARTIES

5. Defendants lack sufficient information to admit or deny the allegations in Paragraph Five, and on that basis, deny them.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants deny the allegations in Paragraph Nine.

10. Defendants deny the allegations in Paragraph Ten.

## V. STATEMENT OF FACTS

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve, but aver that information available to the public regarding processing times relates to routine cases. Defendants further aver that Plaintiff Hao's application has been approved.

13. Paragraph Thirteen consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

14. Paragraph Fourteen consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

1  15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen, and on that basis, deny them.

2  16. Defendants admit the allegations in Paragraph Sixteen

3  17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

4  18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

5  19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen, and on that basis, deny them.

6  20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty, and on that basis, deny them.

7  21. Paragraph Twenty-One consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

8  22. Paragraph Twenty-Two consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein

9  23. Paragraph Twenty-Three consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein

10  24. Paragraph Twenty-Four consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein

11  25. Paragraph Twenty-Five consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## VI. INJURY TO PETITIONER

26. Defendants deny the allegations in Paragraph Twenty-Six. Defendants aver that Plaintiff Hao's

application has been approved. Defendants further aver that Plaintiff Xu was not eligible for adjustment of status until Plaintiff Hao's application was approved; accordingly, her application has been pending for less than two months.

27. Paragraph Twenty-Seven consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

28. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Eight, and on that basis, deny them.

29. Defendants admit that Plaintiffs have to re-apply for their travel documents and work authorizations while their applications to adjust remain pending.

30. Paragraph Thirty consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

31. Paragraph Thirty-One consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## VII. GROUNDS FOR RELIEF

32. Paragraph Thirty-Two consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

33. Paragraph Thirty-Three consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

34. Defendants deny the allegations in Paragraph Thirty-Four.

## COUNT I

35. Defendants re-allege and incorporate by reference the answers to the allegations set forth in Paragraphs One through Thirty-Four, inclusive, as though fully set forth herein.

36. Defendants admit the allegations in Paragraph Thirty-Six.

? 37. Defendants admit the allegations in Paragraph Thirty-Seven.

38. Defendants deny the allegations in Paragraph Thirty-Eight.

39. Paragraph Thirty-Nine consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

40. Defendants deny the allegations in Paragraph Forty.

41. Paragraph Forty-One consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## COUNT II

42. Paragraph Forty-Two consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## COUNT III

43. Defendants re-allege and incorporate by reference the answers to the allegations set forth in Paragraphs One through Forty-Two, inclusive, as though fully set forth herein.

44. Paragraph Forty-Four consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

45. Paragraph Forty-Five consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

46. Paragraph Forty-Six consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## COUNT IV

47. Defendants re-allege and incorporate by reference the answers to the allegations set forth in Paragraphs One through Forty-Six, inclusive, as though fully set forth herein.

ANSWER
C07-5593 MJJ                              5

48. Paragraph Forty-Eight consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

49. Paragraph Forty-Nine consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

50. Paragraph Fifty consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## COUNT V

51. Defendants re-allege and incorporate by reference the answers to the allegations set forth in Paragraphs One through Fifty, inclusive, as though fully set forth herein.

52. Paragraph Fifty-Two consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

## VII.  PRAYER FOR RELIEF

The remaining paragraph consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

## AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury

1  or damages to the Plaintiffs.

## FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH DEFENSE

The Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs' Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 8, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                    /s/
                              MELANIE L. PROCTOR
                              Assistant United States Attorney
                              Attorneys for Defendants