JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIANGHONG HAO and WEIYU XU, | No. C 07-5593 MJJ |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center; MICHAEL B. MUKASEY,* Attorney General, U.S. Department of Justice; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations, | JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Peter D. Keisler, as the United States Attorney General.

ADR CERTIFICATION
C07-5593 MJJ                                        1

mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate their applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 15, 2008          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/S/_____
                                          MELANIE L. PROCTOR[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Dated: January 14, 2008          _____/s/_____
                                          XIANGHONG HAO
                                          Pro Se

                                          _____/s/_____
                                          WEIYU XU

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                          MARTIN J. JENKINS
                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.