| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

FILED
CHAMBERS
JAN 18 2008
COPY
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XIANGHONG HAO and
WEIYU XU,

        Plaintiffs,

        v.

MICHAEL CHERTOFF, U.S. Department
of Homeland Security;
EMILIO T. GONZALEZ, U.S. Citizenship
and Immigration Services;
GERARD HEINAUER, Director,
Nebraska Service Center;
MICHAEL B. MUKASEY,* Attorney General,
U.S. Department of Justice;
ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigations,

        Defendants.

No. C 07-5593 MJJ

JOINT REQUEST TO BE EXEMPT FROM
FORMAL ADR PROCESS

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Peter D. Keisler, as the United States Attorney General.

ADR CERTIFICATION
C07-5593 MJJ                      1

mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate their applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 15, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 14, 2008

/s/
XIANGHONG HAO
Pro Se

/s/
WEIYU XU

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/18/2008

MARTIN J. JENKINS
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-5593 MJJ                                2