1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

| | |
|---|---|
| XIANGHONG HAO and<br>WEIYU XU, | No. C 07-5593 MJJ |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, U.S. Department of Homeland Security;<br>EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center;<br>MICHAEL B. MUKASEY,* Attorney General, U.S. Department of Justice;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations, | STIPULATED DISMISSAL; PROPOSED ORDER |
| Defendants. | |

22      Plaintiffs, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

23  subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light

24  of the fact that the United States Citizenship and Immigration Services has approved Plaintiff Hao's

25  application for adjustment of status, and will adjudicate Plaintiff Xu's application for adjustment of

26  status within 30 days of the dismissal of this action.

27  ///

28  *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
   Peter D. Keisler, as the United States Attorney General.

STIPULATED DISMISSAL
C07-5593 MJJ                            1

1   Each of the parties shall bear their own costs and fees.

2   Dated: January 29, 2008                     Respectfully submitted,

3                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
4
                                                        /s/
5                                               MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
6                                               Attorneys for Defendants

7   Dated: January 29, 2008                            /s/
8                                               XIANGHONG HAO
                                                Pro Se
9
                                                        /s/
10                                              WEIYU XU
                                                Pro Se
11
12                              **PROPOSED ORDER**

13      Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The case is DISMISSED.

    Date:
14                                              MARTIN J. JENKINS
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-5593 MJJ                                    2