JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-6730
　　FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIANGHONG HAO and WEIYU XU,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, U.S. Department of Homeland Security;<br>EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center;<br>MICHAEL B. MUKASEY,* Attorney General, U.S. Department of Justice;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations,<br><br>　　　　　Defendants. | No. C 07-5593 MJJ<br><br>STIPULATED DISMISSAL; ~~PROPOSED~~ ORDER |

Plaintiffs, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff Hao's application for adjustment of status, and will adjudicate Plaintiff Xu's application for adjustment of status within 30 days of the dismissal of this action.

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Peter D. Keisler, as the United States Attorney General.

STIPULATED DISMISSAL
C07-5593 MJJ　　　　　　　　　　　　　　1

Each of the parties shall bear their own costs and fees.

Dated: January 29, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 29, 2008    /s/
XIANGHONG HAO
Pro Se

/s/
WEIYU XU
Pro Se

## PROPOSED ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The case is DISMISSED.

Date: 1/30/2008

MARTIN J. JENKINS
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-5593 MJJ                    2